IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02360–RPM–KMT

ANTOINETTE SANCHEZ,

    Plaintiff/Counter-Defendant,

v.

THOMAS, THOMAS, WICHTERMAN & ASSOCIATES, LLC,

    Defendant/Counter-Claimant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Dismiss Defendant's Counterclaim without Prejudice" Doc. No. 10, filed Nov. 11, 2011) is GRANTED.  Defendant's Breach of Contract/Accounts Stated Counterclaim is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), (c), and each party shall pay their own costs and attorneys' fees relating to Defendant's counterclaim.

Dated: November 14, 2011