IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02360–RPM–KMT

ANTOINETTE SANCHEZ,

    Plaintiff,

v.

THOMAS, THOMAS, WICHTERMAN & ASSOCIATES, LLC,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Unopposed Motion to Withdraw as Plaintiff's Counsel" (#35, filed July 3, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#35) is GRANTED. Attorney Lark H. Fogel is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Fogel from the electronic certificate of mailing.

Dated: July 6, 2012