IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02360-RPM-KMT

ANTOINETTE SANCHEZ,

    Plaintiff,

v.

THOMAS, THOMAS, WICHTERMAN & ASSOCIATES, LLC,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [41] filed on August 24, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    DATED: August 27th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge